### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDRE C. POLK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV339 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHASE HOME FINANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2).  Upon consideration,

**IT IS ORDERED:**

The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

DATED this 21st day of September, 2012.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge