# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDRE C. POLK,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC,<br><br>　　　　　　Defendant. | 8:12CV339<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on July 1, 2013, by Shirley Peng, attorney for the plaintiff,

**IT IS ORDERED** that:

1. On or before **August 1, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned judge, at *thalken@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled planning conference is cancelled upon the representation that this case is settled.

Dated this 1st day of July, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge